## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| _____ | : | |
| **NORMAN W. BERNSTEIN, etc.,** | : | **Civil Action No. 17-3172 (ES) (MAH)** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **ORDER** |
| | : | |
| | : | |
| **GENERAL CABLE COMPANY, et al.,** | : | |
| | : | |
| **Defendants.** | : | |
| _____ | : | |

**THIS MATTER** having come before the Court for a telephone conference on December 11, 2018;

and for good cause shown:

**IT IS on this 12th day of December 2018,**

**ORDERED** that:

1. Any motion to amend the complaint shall be filed by **January 15, 2019**, with any opposition and cross-motion thereto being due by **February 15, 2019,** and any reply thereto due by **March 1, 2019.**

2. The deadline to raise written discovery disputes shall be extended to **January 15, 2019.**

3. There shall be a telephone conference with the Court on **April 4, 2019 at 1:00 p.m.** Plaintiff's counsel will kindly initiate the telephone conference.

*s/ Michael A. Hammer*_____
**Hon. Michael A. Hammer**
**United States Magistrate Judge**